IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA NAILS,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )      CASE NO. CV421-033
                                 )
CHATHAM COUNTY TAX COMMISSION,   )
                                 )
        Defendant.               )
_____  )

## O R D E R

Before the Court is the Magistrate Judge's June 2, 2021,
Report and Recommendation (Doc. 6), to which plaintiff has filed
an objection[1] (Doc. 7). The objection offers no facts or argument
contesting the findings of the Magistrate Judge. After a careful
de novo review of the record, the Court **OVERRULES** the objection
and **ADOPTS** the report and recommendation as its opinion in this

---

[1] Plaintiff has filed a document that she captions "Appealing the
United States District Court," in which she "appeal[s] the signed
Judge['s] recommendation ruling" in three of her pending cases.
(Doc. 7.) The purpose of this filing is not entirely clear. As no
final decision has been entered, appeal to the Eleventh Circuit is
not available.  28 U.S.C. § 1291. It is possible that plaintiff
intends to seek reconsideration of the matter under 28 U.S.C.
§ 636(b)(1)(a); however, such reconsideration imposes a standard
of review more deferential to the Magistrate Judge's decision than
the normal de novo review applied in adopting Reports and
Recommendations. The Court, therefore, construes Plaintiff's
filing as an objection to the Report and Recommendation. Retic v.
United States, 215 F. App'x 962, 964 (11th Cir. 2007) ("Federal
courts sometimes will ignore the legal label that a pro se litigant
attaches to a motion and recharacterize the motion in order to
place it within a different legal category.") (quotation omitted).

case. As a result, Plaintiff's complaint is **DISMISSED** and the Clerk

of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED** this ___14th___ day of June 2021.

                           WILLIAM T. MOORE, JR.
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF GEORGIA